JML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 682 -- In re Super-Premium Ice Cream Distribution Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/03 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-F, CERTIFICATE OF SERVICE -- Perché No! Gelato, Inc. -- SUGGESTED TRANSFEREE DISTRICT: D. New Jersey; SUGGESTED TRANSFEREE JUDGE: ?  (cds) |
| 86/01/14 | | APPEARANCES: WILLIAM C. MILLER, ESQ. FOR Haagen-Dazs Co., Inc., The Pillsbury Co., Inc. and Reuben Mattus; DAVID H. WEINSTEIN, ESQ. FOR Perche No! Gelato, Inc.; LAWRENCE A. COX, ESQ. FOR Dreyer's Grand Ice Cream, Inc.; and DANIEL R. SHULMAN, ESQ. for Double Rainbow Gourmet Ice Creams, Inc.  (cds) |
| 86/01/14 | 2 | REQUEST FOR EXTENSION OF TIME -- The Pillsbury Co., Inc., The Haagen-Dazs Co., Inc. and Reuben Mattus -- GRANTED TO ALL PARTIES TO AND INCLUDING FEBRUARY 5, 1986  (cds) |
| 86/01/16 | 3 | RESPONSE, BRIEF (to pldg. #1) -- Double Rainbow Gourmet Ice Creams, Inc. -- w/cert. of service  (cds) |
| 86/02/05 | 4 | RESPONSE/BRIEF -- (to pldg. #1) Dreyer's Grand Ice Cream, Inc. -- w/cert. of svc. (rh) |
| 86/02/05 | 5 | RESPONSE/MEMORANDUM -- (to pldg. #1) Pillsbury Co., The Haagen-Dazs Co., Inc. and Reuben Mattus -- w/cert. of svc. (rh) |
| 86/02/20 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 27, 1986, in San Francisco, CA  (rh) |
| 86/02/24 | 6 | LETTER -- dated 2/21/86 -- re:  New development in The Haagen-Dazs Co., Inc., et al. v. Perche No! Gelato, Inc.,N.D. Cal., C-85-5819-CAL and The Haagan-Dazs Co., Inc. v. Double Rainbow Gourmet Ice Cream, Inc., N.D. Cal., C-85-6553-CAL -- filed by Counsel of Haagen-Dazs Co., Inc. (rh) |
| 86/02/28 | 7 | REPLY -- (to pldg. #1) Perche No! Gelato, Inc. -- w/cert. of svc. (rh) |
| 86/03/25 | | APPEARANCES FOR HEARING -- San Francisco, California on March 27, 1986 -- David H. Weinstein, Esq. for Perche No! Gelato, Inc.; Daniel R. Shulman, Esq. for Dougle Rainbow Gourmet Ice Creams, Inc. Roland W. Selman, Esq. for The Haagen-Dazs  Co., Inc. and |
| 86/03/25 | | WAIVERS FOR ORAL ARGUMENT ON 3/27/86 San Francisco, CA Lawrence A. Cox, Esq. for Dreyers Grand Ice Cream, Inc. |

682    In re Super-Premium Ice Cream Distribution Antitrust
       Litigation

| | | |
|---|---|---|
| 86/04/15 | | COSENT OF TRANSFEREE COURT -- for assignment of litigation to N.D. California  (cds) |
| 86/04/15 | | TRANSFER ORDER -- transferring A-4 to the Northern District of California for assignment to Hon. Charles A. Legge -- NOTIFIED MISC. RECIPIENTS, INVOLVED COUNSEL, JUDGES AND CLERKS  (cds) |
| 87/11/24 | 8 | MOTION, BRIEF, EXHIBITS A-O, and CERT. OF SERVICE -- to transfer B-5 Ben & Jerry's Homemade, Inc. v. The Haagen-Dazs Co., Inc., et al., D. Massachusetts, C.A. No. 87-2785-C -- defts. The Pillsbury Co. and The Haagen-Dazs Company, Inc. -- (cds) |
| 87/12/09 | 9 | LETTER -- dated 12/3/87 --  Filed by The Pillsbury Co. and Haagan-Dazs Co., Inc. (re: Withdrawn of Motion pldg. #8) -- w/cert. of svc. (cds) |
| 87/12/09 | | ORDER DEEMING MOTION WITHDRAWN -- B-5 Ben & Jerry's Homemade, Inc. v. The Haagan-Dazs Co., Inc., et al., D. Massachusetts, C.A. No. 87-2785-C -- Notified involved judges, clerk and counsel (cds) |

JPML Form 1

Revised: 8/78

### DOCKET NO. 682 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Super-Premium Ice Cream Distribution Antitrust Litigation

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 27, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 15, 1986 | TO | Unpublished | N.D. California | Charles A. Legge | |

### Special Transferee Information

DATE CLOSED: 7/30/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 682 -- In re Super-Premium Ice Cream Distribution Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Haagan-Dazs Company, Inc., et al. v. Perché No! Gelato, Inc. | Cal.,N. Legge | C-85-5819-CAL | | | 9/30/87 | diss |
| A-2 | The Haagan-Dazs Company, Inc. v. Double Rainbow Gourmet Ice Cream, Inc., et al | Cal.,N. Legge | C-85-6553-CAL | | | 7/30/88 D | |
| A-3 | Double Rainbow Gourmet Ice Cream, Inc. v. The Pillsbury Company, et al. | Minn. MacLaughlin Legge CAL. | 4-85-Civ-1561 | | | 7/20/88 D | |
| A-4 | Perché No! Gelato, Inc. v. The Haagen-Dazs Company, Inc., et al. | N.J. Stern | 85-4061 | 4/15/86 | 86-4424 | 9/30/87 | diss |
| B-5 | Ben & Jerry's Homemade, Inc. v. the Haagen-Dazs Co., Inc., et al. | Mass. Caffrey | 87-2785-C | not Transferred | | | #8 |
| XYZ-6 | Two Count Co., Inc. v. Haagen Daz Co., Inc., et al. | N.D. Cal | 87-2471-CAL | | | 7/20/88 D | |

July 1988 - 1 XYZ/2 Dis/3 Pending
July 1989 - 3 Dis/ Litigation Closec

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___682___ -- ___In re Super Premium Ice Cream Distribution Antitrust Litigation___

REVISED - 11/30/87

HAAGAN-DAZS CO., INC. (A-2)
THE PILLSBURY CO.
REUBEN MATTUS
William C. Miller, Esq.
Pillsbury, Madison & Sutro
Post Office Box 7880
San Francisco, CA 94120

DOUBLE RAINBOW GOURMET ICE CREAMS,
    INC. (A-3)
Law Offices of John H. Boone
Twenty-Third Floor
650 California Street
San Francisco, CA 94108

BEN & JERRY'S HOMEMADE, INC. (B-5)
William L. Patton, Esq.
Douglas N. Neal, Esq.
Ropes & Gray
225 Franklin Street
Boston, MA 02110

TWO COUNT COMPANY, INC.
Patricia E. Henle, Esq.
Alioto & Alioto
Twenty-Third Floor
650 California Street
San Francisco, CA 94108

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 682 -- In re Super-Premium Ice Cream Distribution Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Perché No! Gelato, Inc. | A-1 |
| Double Rainbow Gourmet Ice Cream, Inc. | A-2 |
| The Pillsbury Co. | A-3, A-4 |
| Haagen-Daz Co., Inc. | A-3, A-4 |
| Dreyer's Grand Ice Cream, Inc. | A-3  dis'd 4/23/87 |
| Reuben Maatus | A-4 |
| added on 4/23/87  Two Count Co., Inc | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |