JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 15 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 682

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SUPER-PREMIUM ICE CREAM DISTRIBUTION ANTITRUST LITIGATION

TRANSFER ORDER

This litigation presently consists of three actions pending in the Northern District of California and one action pending in the District of New Jersey.[1]  Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Perché No! Gelato, Inc. (Perché) for an order transferring the California actions to the District of New Jersey for coordinated or consolidated pretrial proceedings with the action filed there. Double Rainbow Gourmet Ice Cream, Inc. (Double Rainbow), a party to two of the California actions, supports centralization in the District of New Jersey.  The Haagen-Dazs Company (Haagen-Dazs), which is a party to all actions, its chairman, its parent (The Pillsbury Company), and one other party to one of the California actions oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that these four actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  All actions involve common allegations concerning i) the legality of an exclusive dealing policy adopted by Haagen-Dazs with respect to the distribution of super-premium ice cream, and ii) the means and extent of the policy's enforcement.  Centralization under Section 1407 is thus necessary in order to ensure that duplication of discovery and inconsistent pretrial rulings will be avoided, and that the resources of the parties, their counsel and the judiciary will be conserved.

While the District of New Jersey, where Haagen-Dazs is headquartered, could be considered an appropriate transferee forum for this litigation, on balance we are persuaded that the Northern District of California is the preferable forum.  We note that 1) three of the four actions are already pending there, 2) Perché and Double

---

[1]  One of the California actions, Double Rainbow Gourmet Ice Cream, Inc. v. The Pillsbury Company, et al., C.A. No. C86-853-CAL, was originally filed in the District of Minnesota.  On February 14, 1986, subsequent to the filing of the motion now before the Panel, the action was transferred to the Northern District of California under 28 U.S.C. §1404.

-2-

Rainbow, one or the other of which is the plaintiff or defendant in all four actions, are headquartered within the district, and 3) the New Jersey action is presently stayed pending the outcome of the California action involving Perché.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. 1407, the action listed on the following Schedule A and pending in the District of New Jersey be, and the same hereby is, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Charles A. Legge for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-682 -- In re Super-Premium Ice Cream Distribution Antitrust Litigation

### Northern District of California

The Haagan-Dazs Company, Inc., et al. v. Perché No! Gelato, Inc., C.A. No. C-85-5819-CAL

The Haagan-Dazs Company, Inc. v. Double Rainbow Gourmet Ice Cream, Inc., C.A. No. C-85-6553-CAL

Double Rainbow Gourmet Ice Cream, Inc. v. The Pillsbury Company, et al., C.A. No. C-86-853-CAL

### District of New Jersey

Perché No! Gelato, Inc. v. The Haagen-Dazs Company, Inc., et al., C.A. No. 85-4061

DOCKET NO. 682

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC -9 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SUPER-PREMIUM ICE CREAM DISTRIBUTION ANTITRUST LITIGATION

Ben & Jerry's Homemade, Inc. v. The Haagen-Dazs Co., Inc., et al., D. Massachusetts, C.A. No. 87-2785-C

ORDER DEEMING MOTION WITHDRAWN

Defendants Haagen-Dazs Co., Inc., and The Pillsbury Co. filed a motion for transfer of the above-referenced action pursuant to 28 U.S.C. §1407 to the United States District Court for the Northern District of California. Subsequently, defendants Haagen-Dazs Co., Inc., and The Pillsbury Co. have entered into a stipulation with the plaintiff Ben & Jerry's Homemade, Inc., in which defendants agreed to withdraw the motion to transfer the above-referenced action. Accordingly, defendants now approach the Panel for permission to withdraw their Section 1407 motion.

IT IS ORDERED that the defendants' request to withdraw their motion is granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman